# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1964

_____

Gabrielle F. Morris, M.D.,          *
                                          *
             Appellant,          *
                                          *   Appeal from the United States
       v.                           *   District Court for the Southern
                                          *   District of Iowa.
                                          *
McFarland Clinic, P.C.; and     *   [UNPUBLISHED]
Terry McGeeney, M.D.,         *
                                          *
            Appellees.          *

_____

Submitted: January 8, 2007
Filed: January 26, 2007

_____

Before LOKEN, Chief Judge, BYE and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Dr. Gabrielle F. Morris appeals the district court's[1] adverse judgment and imposition of sanctions following a bench trial in this diversity action. Dr. Morris brought suit against the McFarland Clinic and Dr. Terry McGeeney for (1) fraudulent misrepresentation concerning Dr. Morris' ability to obtain an Iowa medical license

_____

[1]The Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

and (2) breach of contract.  In addition to entering judgment against Dr. Morris, the court granted McFarland Clinic and Dr. McGeeney's motion for sanctions in the amount of reasonable attorney fees and expenses incurred in their attempt to obtain production of certain documents provided to Dr. Morris' attorney by the California Medical Board.

Having carefully reviewed the record, including the magistrate judge's thorough and well-reasoned opinion, we find no basis for reversal.  See Tadlock v. Powell, 291 F.3d 541, 546 (8th Cir. 2002) (factual findings reviewed for clear error and legal conclusions reviewed de novo); Martin v. DaimlerChrysler Corp., 251 F.3d 691, 694 (8th Cir. 2001) (sanctions reviewed under abuse of discretion standard).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____